# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

UNITED STATES OF AMERICA   )

                                 )

      v.                        )         1:26-mj-00110-JCN

                                 )

IBRAHIM AYYUB KHAN     )

### DEFENDANT'S WITHDRAWAL OF MOTION TO SUPPRESS

**NOW COMES** the Defendant, IBRAHIM AYYUB KHAN, by and through his attorney, Chris A. Nielsen, Esq., and hereby moves this Honorable Court, to withdraw previously filed Motion to Suppress. Defendant is set for Plea Hearing on May 5th, 2026. Defendant hereby withdraws his Motion to Suppress.

Dated at Saco Maine this 28th day of April 2026.

/S/ Chris A. Nielsen
Chris A. Nielsen, Esq.
Attorney for Defendant

THE NIELSEN GROUP.
P.O. Box 351
Biddeford, Maine 04005-1871
(207) 571-8555

CERTIFICATE OF SERVICE

I, Chris A. Nielsen, Esq., hereby certify that the foregoing Defendant's Sentencing Memorandum has been electronically sent to Asst. U.S. Attorney Craig M. Wolff, for the Office of the United States Attorney on the 21st day of April 2026, through the court's ECF System, and to counsel of record.

/S/ Chris A. Nielsen
Chris A. Nielsen, Esq.
Attorney for Defendant


THE NIELSEN GROUP.
P.O. Box 351
Biddeford, Maine 04005-1871
(207) 571-8555